**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: GARLAND E. WILLIAMS | COURT CASE NUMBER: 16-CV-15866-B(2) |
| DEFENDANT: MARKETA G. WALTERS (SECRETARY) | TYPE OF PROCESS: Notice/Waiver/Summons/Subp. |

SERVE MARKETA G. WALTERS AT: STATE OF LOUISIANA DEPARTMENT OFFICE CHILDREN AND FAMILY SERV.

ADDRESS: P.O. BOX 3776 BATON ROUGE, LA. 70821  627 N. 4th St. 70802

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GARLAND E. WILLIAMS
60032 SILVER OAK DR.
SLIDELL, LA. 70461

Number of process to be served with this Form - 285: 3
Number of parties to be served in this case: 2
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (985) 774-1713
DATE: 11/16/2016

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 34
District to Serve No.: 95
Signature of Authorized USMS Deputy or Clerk: Vita Jones
Date: 11/28/16, 11/21/16

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): KELLY TAYLOR - PROGRAM SPECIALIST/LEGAL

Address (complete only if different than shown above):

Date of Service: 11/30/16
Time: 10:07 am
Signature of U.S. Marshal or Deputy: B. Bradstreet

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $65.- | $1.15 | | $66.15 | | |

REMARKS: ACCEPTED BY KELLY TAYLOR, LEGAL OFFICE

___ Fee
 X  Process
 X  Dktd
___ CrRmDep
___ Doc. No.

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)